PK

**FILED**
**5/18/2017**
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**RECEIVED**
APR 21 2017  EAA

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Johnny Figueroa

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Thomas Dart

_____

_____

_____

_____

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

**1:17-cv-3048**
**Judge Edmond E. Chang**
**Magistrate Judge Jeffrey T. Gilbert**
**PC6**

CHECK ONE ONLY:

____✓____    COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

_____    COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

_____    OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.  Plaintiff(s):

    A.  Name: Johnny W. Figueroa

    B.  List all aliases: N/A

    C.  Prisoner identification number: R157 51

    D.  Place of present confinement: East Moline Correctional Center

    E.  Address: 100 Hillcrest Rd - East Moline, Il 61244

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D.
number, place of confinement, and current address according to the above format on a
separate sheet of paper.)

II. Defendant(s):
(In **A** below, place the full name of the first defendant in the first blank, his or her official
position in the second blank, and his or her place of employment in the third blank.  Space
for two additional defendants is provided in **B** and **C**.)

    A.  Defendant: Thomas Dart

        Title: Cook County Sheriff

        Place of Employment: Cook County Department of Corrections

    B.  Defendant: N/A

        Title: N/A

        Place of Employment: N/A

    C.  Defendant: N/A

        Title: N/A

        Place of Employment: N/A

(If you have more than three defendants, then all additional defendants must be listed
according to the above format on a separate sheet of paper.)

2

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: _Johnny Figueroa V. K-Mart_

B. Approximate date of filing lawsuit: _2001 or 2002_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _N/A_

D. List all defendants: _K-Mart_

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _N/A    "My attorney filed the Case"._

F. Name of judge to whom case was assigned: _N/A    "Not Sure"_

G. Basic claim made: _Excessive force. Employees from the loss prevention department broke my leg._

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _Out of Court Settlement._

I. Approximate date of disposition: _March 2008_

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

Revised 9/2007

IV.    Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is
involved, including names, dates, and places. **Do not give any legal arguments or cite any
cases or statutes.** If you intend to allege a number of related claims, number and set forth
each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if
necessary.)

I, Johnny W. Figueroa am submitting this complaint of
my own free will and accord. I am a 45 year old U.S.
Navy Veteran that was detained in Cook County Jail for
16 months awaiting trial.

During my pre-trial confinement, I was housed in
Division 2/3 annex tier E2 from October 22, 2014 until
March 18, 2015. After spending 5 months in 3 annex and
completing the Westcare program, I was transferred to
Division 1 tier G1 "Veterans Tier" designed for incarcerated
Military Veterans. I was housed in division 1 for 11 months,
March 18, 2015 until February 8, 2016.

The entire time I was detained in Cook County
Jail I was living under inhumane living conditions. I
submitted several grievances while I was housed in 3
annex to the Social Worker "Mr. Hinton" that was never
Answered. I also wrote several grievances while I
was housed in Division 1 to Social Worker "Mrs. Freeman"
and those were unanswered. "Div1 was Declared Condemed"

4                                          Revised 9/2007

The issues I filed the grievances about was "3 annex"

1. The Showers were hardly ever warm.

2. The Shower walls had mold, mildew and bacteria on them.

3. The floor drains in the Shower didn't work and I had to Shower while standing in Cold, filthy water which caused me to catch athletes feet that spread to my groin area causing Jock itch. "I was treated in health care."

4. The Shower crew/Sanitation department never Came to power wash the Showers.

5. The ceiling leaked causing the ceiling tiles to become soaked and begin falling due to the rain, melting ice and snow. Electrical wiring and asbestos was also exposed in the ceiling due to the missing tiles in the ceiling. Mop buckets had to be placed in the bunk area and day room to collect the water from the leaking ceiling.

6. There was a major rat and insect problem. Rats use to eat through my plastic County issued property bag and eat and destroy my commissary items and leave rat feces on my clean clothing and food items.

7. The heat hardly ever worked.

8. There was no drinking fountain or water cooler on the tier so I had to drink water out of the sink that the other 50 men used to brush their teeth, Comb their

Revised 9/2007

hair, shave and wash their face in. There was nothing to clean or sterilize the sink or faucets with. People also washed their underwear and socks in those sinks.

* The issues I wrote grievances about in Division 1 * are:

1. The showers had mold, mildew and bugs. The showers were never power washed.

2. The drinking water was brown in color with a foul odor.

3. The heat did not work nor did the windows close.

4. I was exposed to asbestos on the living unit and in Division 1 barber shop where I worked on 2nd shift from March 18, 2015 until November 26, 2015.

5. Division 1 had a rat and mice problem. The rats would climb in the bed with me. They would also eat and destroy my commissary.

6. While walking to and from court, I would have to walk through 2-4 inches of water because the tunnels would flood due to the corroding concrete foundation from division 1 to Criminal Courts building.

7. While working in Division 1 barber shop, I had to cut Maximum security level detainees hair and I was medium security level detainee housed in a Max division.

* Also Division 1 was declared a condemned building.

I was also a participant in the Cook County Department of Corrections Veterans Laundry Management training Program.

We provided laundry services for the entire County Jail inmate population including Cermak Health Care and a Outside Contract for the Hyatt Hotel.

I filed grievances about the Work Conditions and inadequate safety equipment but I never received a response.

These are the issues I filed a grievance about.

1). My daily tasks included Sorting and Washing Clothing that Contained human Urine, feces, blood, Vomit and Semen. I was never issued proper protective Uniforms or adequate Safety equipment.

2). I was placed in a high risk situation for Contracting an airborne communicable disease and exposure to blood-born Pathogens.

3). I was never offered a hepititus B Vaccination or any other Medication to prevent me from Contracting any infectious disease.

4). The laundry room was located in the basement of Division 5 and it had poor ventilation causing my breathing to become labored at times. Also, asbestos was exposed on the Walls.

5. There were no designated break room to eat my lunch so I had to eat my lunch around soiled laundry.

On May 17, 2015 I lost my mother to Cancer. During this time I was under tremendous grief so I requested to speak to a grief Counselor or Chaplain. I was told that someone would Come speak with me but no one ever did.

Eventually the inhumane living conditions along with the unsatisfactory and unsanitary work enviorment and the unaddressed grief I had suppressed took it's toll on me leaving me to feel defeated, discouraged and depressed, so I plead guilty to the charges I was facing just so I could get out of Cook County Jail.

I feel that my rights have been violated and that the inhumane living conditions and the unsatisfactory work enviorment were unconstitutional that's why I'm filing this complaint.

I enclosed certificates and verification letters to support the dates I was in 3 Annex, Division 1 and working in barbershop and laundry. 1.) Cook County Department of Corrections Veterans laundry Management Training Program credit verification letter 2.) CCDOC Veterans Laundry Management Training Program "Veterans letter of agreement". 3.) Cook County Sheriff's office Inmate Work/Program credit verification Request "for working in Division 1 Barbershop" signed by Commander Tate. 4.) Certificate of completion of the 120 day Westcare program in 3 annex. 5.) Certificate of completion of the Westcare Inside Out Dads program in 3 annex 6.) Mothers Obituary.

Johnny Figueroa #R15751
East Moline Correctional Center
100 Hillcrest RD
East Moline, Il 61244

Emergency Contact
DR. Tina Figueroa
310 Monaco Terrace Apt 1
Joppa, MD 21085
Ph # 443-866-8984

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I respectfully request to be compensated for the entire 16 months of pain and suffering, time of distress, punitive damages. I also request that I receive a full medical examination bi-annually by a physican of my choice for the next 10 years at the expense of Thomas J. Dart. And if any illness or disease is detected as a result of me working or being housed at CCDOC that my medical bills be paid by Thomas J. Dart

VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 13th day of April, 20 17

_____
(Signature of plaintiff or plaintiffs)

Johnny Figueroa
(Print name)

R15751
(I.D. Number)
East Moline Correctional Center

100 Hillcrest RD

East Moline, Il 61244
(Address)

6

Reviewed: 8/2013

UNITED STATES DISTRICT COURT

Northern _____ DISTRICT OF ILLINOIS

Johnny W. Figueroa _____ , )
       **Plaintiff,** )
        )
v.         )   Case No. _____
        )
Thomas Dart _____ , )
       **Defendant,** )

---

## NOTICE OF FILING

To:
Clerk of U.S. District Court Northern District
219 S. Dearborn Street
Chicago, Il 60604
_____
(Original & 1 copy)

To:
Thomas J. Dart
Daley Ctr Suite 704
Chicago, Il 60602
_____
(1 copy)

**PLEASE TAKE NOTICE** that on the date below indicated, I have served thru the U.S. Mail, with the above named parties, the below listed documents (number of copies & originals filed are listed below the addresses of the parties):

1. 1983 Complaint
2. IN Forma PauPeris Application and Financial Affidavit
3. Motion For Attorney Representation
4. Program Certificates, Verification letters
5. Mothers Obituary

## AFFIDAVIT OF SERVICE

State of Illinois     )
              )  ss.
County of Rock Island  )

I, Johnny Figueroa _____ , being first duly sworn, certify that I have served the above listed documents on the parties as above indicated by placing the originals and true copies of said documents in seal envelope(s) addressed as shown above, and by depositing said envelopes(s) in the box designated for U.S. Mail at East Moline Correctional Center, H.U. 2-Awing together with the appropriate request to the prison official responsible to affix fully prepaid First Class Postage thereon, on this day of April 13 , 20 17 .

Subscribed and sworn to before me
this 13th day of April , 20 17 .

/s/ John Fig _____
                      **AFFIANT**

NOTARY PUBLIC

```
OFFICIAL SEAL
TODD S JACKSON
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/20/19
```

Register No. R15751
East Moline Correctional Center
100 Hillcrest Road
East Moline, Illinois  61244

 

# Cook County Department of Corrections

## Veterans Laundry Management Training Program
## Inmate Work/Program Credit Verification Letter

Date of verification _____13/Nov/15_____

COURT DATE: <u>07/Dec/15</u>

*Last court Date - 2-8-16*
*Shipped to IDOC - 2-9-16*

To whom it may concern,

This Inmate Work/Program Credit Verification Letter is for the following detainee.

Detainee's Name: _____Johnny Figueroa_____   Date of birth: <u>24/Nov/1971</u>

Date started program: _____18/Mar/15_____   Date ended program: <u>Currently still in the program</u>

Any date after the above court date the individual is required to re-submit an Inmate Work/Program Credit Verification Request to guarantee accuracy of all updated information.

### "Veterans laundry program information"

This program is designed to utilize military veterans who are incarcerated to teach them job skills that will help them when they return to society, the focus being rehabilitation instead of incarceration. The primary goal is to teach hands on training in the laundry industry. Just as in the military, the program teaches everyone involved to work as a team to accomplish similar goals and take pride in the work accomplished.

The daily tasks include: sorting, washing, drying, folding, order filling, sanitation and preventive maintenance tasks on commercial grade laundry machinery.

In addition, the program also makes available to the incarcerated veterans a more productive environment to help prepare the Veteran through life skills training that help in the re-entry process of society. The Veteran will learn a skill through the Veteran's laundry program and will gain a positive sense of accomplishment.

| Participation verified by: | OFC. J. Coddington #15886 |
|---|---|
| Signature of verifier: | *#5886* |



# COOK COUNTY SHERIFF'S OFFICE
## INMATE WORK/PROGRAM CREDIT VERIFICATION REQUEST
*(CCSO may take 48 hours, excluding weekends and holidays before response to request is available.)*



DATE REQUESTED: **26 Nov 2015**

REQUESTOR NAME: **Johnny**

FIRST           MIDDLE

**Figueroa**

LAST

ADDRESS: _____
NUMBER       STREET       APT. /OFFICE NUMBER   STATE    ZIP CODE

DAY PHONE NUMBER: _____ CELL PHONE NUMBER: _____

FAX NUMBER: _____ E-MAIL ADDRESS: _____

REQUEST SUBMITTED BY: ☐ IN PERSON   ☐ U.S. MAIL   ☐ E-MAIL   ☐ FAX

Requestor, please provide the name of the inmate and D.O.B., the name of the work or program(s) in which the inmate participated, the dates thought to have participated in work or programs and/or specific information about the program through which the inmate received a GED or a High School diploma. Please be as detailed as possible in your request, to assist in verifying information.

> Detainee Figueroa, Johnny #20141020041 has worked inside
> Division One's barbershop (C.C.D.O.C.) since the 18th of March 2015.
> Detainee Figueroa has worked and conducted himself as
> a model detainee since he has been incarcerated in the C.C.D.O.C.

PLEASE SUBMIT YOUR REQUEST IN PERSON, VIA U.S. MAIL, EMAIL OR FAX TO:

*Cmdr Tate   #326*
*26 Nov 2015*

COOK COUNTY SHERIFF'S OFFICE
ATTN: CCDOC RECORDS DEPT.
2700 SOUTH CALIFORNIA
CHICAGO, IL 60608
E-Mail: ccso.inmateworkcredit@cookcountyil.gov; Fax: (773) 674-3341
For further inquiries, please call (773) 674-7833

PREFERRED RESPONSE: ☐ IN PERSON   ☐ U.S. MAIL   ☐ E-MAIL   ☐ FAX

FOR OFFICE USE ONLY:

DATE RECEIVED: _____

REQUESTOR CONTACTED? IF YES, DATE: _____

DATE DUE: _____

DELIVERED VIA: ☐ U.S. MAIL   ☐ E-MAIL

EXTENSION: _____   ☐ IN PERSON   ☐ FAX

DEPARTMENT: _____

DATE SENT TO REQUESTOR: _____ VERIFIED BY: _____

Inmate Name _____

Inmate ID# _____

Dates and Name of the Program(s) _____

Obtained GED or High School Diploma while in CCDOC?   YES ☐   NO ☐

If yes, <u>date</u> GED Test Passed or High School Diploma Received _____

*Signed by Commander TATE*




# Cook County Department of Corrections

## Veterans Laundry Management Training Program

*Veteran's letter of agreement*

With:

Johnny W Figueroa

(Participants Full Name)

**U.S. Military Veteran and Detainee at Cook County Department of Corrections**

Inmate ID Number: 20141020041          Start date: 03/18/2015

Whereas, The Cook County Sheriff and the Cook County Department of Corrections ("CCDOC") have undertaken the Veterans Program to: assist inmates who are United States Military Veterans.

This program is designed to utilize military veterans who are incarcerated to teach them job skills that will help them when they return to society.

The primary goal is to teach hands on training in the laundry industry. The program teaches everyone involved to work as a team to accomplish similar goals and take pride in the work accomplished.

The daily tasks include: sorting, washing, drying, folding, order filling, sanitation and preventive maintenance tasks on commercial grade laundry machinery.

In addition, the program also makes available to the incarcerated veterans a more productive environment to help prepare the Veteran through life skills training that help in the re-entry process of society. The Veteran will learn a skill through the Veteran's laundry program and will gain a positive sense of accomplishment.

NOW THEREFORE, in exchange for these Opportunities,

JF I agree to participate in, and fully satisfy all conditions and requirements of the Veterans Program for the term set by the Veterans Program Staff. This agreement begins on the above start date, and includes but is not limited to the following:

JF I will consistently adhere to all components of the Veterans Program, including all rules and procedures established by the CCDOC.




# Cook County Department of Corrections

## Veterans Laundry Management Training Program

_JF_  I will attend all scheduled classes, individual's conferences, and programs set forth by the Veterans Program Staff.

_JF_  I will meet or exceed Behavior Expectations at work/ in classes, and any interactions with officers and staff.

_JF_  I understand that I will be asked to participate in self-help groups and other support systems as recommended by the Veteran Program Staff.

_JF_  I will attend work on the days and shifts that I am assigned/ scheduled to work.

_I attest that I am a Veteran of the United States Military and further that I understand that based upon any report (Written Or Oral ) of my violation of this agreement, that the CCDOC may seek restitution or other sanctions, including disciplinary segregation modify or revoke my Veteran Program Status._

_Detainee Sign_

_OFC. I.P. MAJOTH_  #15339

CCDOC Representative/ Veterans Program
Staff

# WESTCARE

## Certificate of Completion

This is to certify that

### JOHNNY FIGUEROA

Has successfully completed WestCare Program 120 Days

February 20, 2015

*Vernon Dandridge, C ADC*

Westcare Foundation

Feb. 20. 2015 1:15PM

No. 4786 P. 4





# WEST CARE

## CERTIFICATE OF COMPLETION

# JOHNNY FIGUEROA

## HAS SUCCESSFULLY COMPLETED
## INSIDE OUT DADS PROGRAM
## DECEMBER, 2014

Tyror ... k,CMHC CADC
COU ... JR

Ronald Ha ... is, CADC
Clinical Supervisor

## A Mother's Love

A mother's love is located somewhere in a special place
It can't be measured or defined by time or space.
It can't be contained like the wind caught in a ship's sail
But it can turn into tough love when all else fails.
A mother's love is priceless, more beautiful than a
precious jewel
It's been known to build character stronger than any
carpenter's tool.
It will take on the world for the sake of an innocent child
It's famous for wiping away tears and replacing them
with smiles.
A mother's love never rests and it doesn't know the meaning
of sleep
And the guidance you've given me in life, it's in my heart
for keeps.
I have been blessed to be protected by your unwavering love
You are truly one of God's angels sent from heaven above.
So as you read this poem, know that I took the time to pray
That my words will bring you joy, on this very special
Mother's Day.
Happy Mother's Day Mama!
Love You Always

By: Johnny Figueroa
AKA
"Snookum"

## Honorary Pall Bearers

| | |
|---|---|
| Anthony Shaw | Justin Brown |
| Kenneth Figueroa | Jered Brown |
| Christian Lester | Bruno Shepherd |

## Active Pall Bearers

### Deacons

### A Note of Appreciation

The family is deeply grateful to the many relatives, friends, and neighbors for their many acts of kindness, expressions of sympathy, concern, support, and love. We solicit your continued prayers. May God bless each of you.



*Services Entrusted to:*
*William C. Brown*
*Community Funeral Home, PA*
*321 Philadelphia Blvd, South*
*Aberdeen, MD 21001*
*410-272-5100*

*Private Interment*

### Homegoing Service
### For
### Lois Jean Shaw-Figueroa

*Sunrise*      *Sunset*
*October 8, 1945*      *May 17, 2015*



**Saturday, May 23, 2015**
**1:00 p.m.**

Refuge Temple Ministries C.O.G.I.C.
116 Spesutia Road
Aberdeen, MD 21001
Pastor/Founder – Supt. Robert W. Whitley

Exibit

Evangelist Priscilla Harvin, Officiating
The Order of Service



| | |
|---|---|
| Processional | Family |
| Prayer | Mother Alberta Goodman |
| Scripture | Mother Melody Whitley |
| Refuge Temple Ensemble | "Soon and Very Soon" |

Expressions – (Limit 5) Family & Friends
(Please keep all remarks to 3 minutes or less)

| | |
|---|---|
| Acknowledgements | Evang. Nicole Williams |
| Song | Mrs. Alice Roberts |
| | (Niece of Mother Figueroa) |
| Obituary | Msny. Da'Shadiya Beck |
| Solo | Msny. Dianne Goodman |
| Sermon | Supt. Robert W. Whitley |
| Recessional | Family |

---

*Words from Mom*
To my children:
I love all of you. Just because I'm not physically here
with you right now, doesn't mean I'm not spiritually here
with you. I'm just away right now. I love you. Mom.
April 20, 2015

---

# The Obituary

*"Jesus said unto her, I am the resurrection, and the life; he that believeth in me, though he were dead, yet shall he live".   John 11:25*

Mother Lois Jean Shaw-Figueroa was born October 8, 1945 in Marion, AR to the Late Mr. John R. Shaw, Sr. and Mrs. Louise Farley-Shaw.

She entered into eternal rest on May 17, 2015 at Senator Bob Hooper House in Forest Hill, Maryland.

She professed a hope in Christ at the early age of 12 at Fort Street Presbyterian Church in Detroit, Michigan. She moved back to Arkansas, from Detroit, in the early 60's and joined True Light Baptist Church. In 1970, at the age of 25, she was baptized again and sang in the choir. She later joined New Jeremiah Christian Fellowship Church pastored by Bishop Brian Olden.

Lois received her General Education Diploma at Mississippi County Community College. She was united in marriage to the late Angel Figueroa who was an Army Veteran and proceeded her in death.

During her life she was a seamstress, foster parent, excellent cook and belonged to a Women's Bowling League. She was one of the original black-owned business owners in Blytheville, AR. She was an entrepreneur and owned a soul-food restaurant named, "The Silver Slipper". Mother Figueroa was the Shaw Family's humanitarian who cared for all of her brothers and sisters. After 20 years, she retired from American Greetings in Osceola, AR and decided to live the remainder of her life retired, glorious and faithful to the Lord.

She moved to Aberdeen, MD in 2011 and joined Refuge Temple Ministries COGIC and was appointed honorary Mother by the mother's board, Pastor and Founder Supt. Robert W. Whitley and First Lady Evangelist Melody Whitley.

She leaves to celebrate and remember her life: Three sons and two daughters.

Mr. Anthony (Elizabeth) Shaw of Blytheville, AR; Mr. Kenneth Figueroa of San Antonio, TX; Dr. Tina (Bruno) Shepherd of Joppa, MD; Mr. Johnny Figueroa of Chicago, IL; and Ms. Latrina Mullins of Norfolk, Va.

She also leaves: one sister, Mrs. Louise (Edward) Baynard of Baltimore, MD; Barbara Bell, who is an adopted sister and lifelong friend; 5 grandchildren, many nieces, nephews and other relatives and friends dear to her.



*Truly my soul waiteth upon God: from him cometh my salvation. He only is my rock and my salvation; he is my defence; I shall not be greatly moved.*
*Psalm 62:1-2*

Johnny Figueroa # R13 931
East Moline Correctional Center
100 Hillcrest Rd
East Moline, Il 61244



Inmate mail from IL
Dept. of Corrections

U.S. POSTAGE >> PITNEY BOWES

ZIP 61244 $ 006.65⁰
02 1W
0001385522 APR 19 2017

1:17-cv-3048
Judge Edmond E. Chang
Magistrate Judge Jeffrey T. Gilbert
PC6

Prisoner Correspondent

**RECEIVED** United States District Court

APR 2 1 2017

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

219 S. Dearborn Street

Chicago, Il 60604

"Legal Mail"



04/21/2017-2