June 28, 2017

Case: Johnny Figueroa v. Thomas Dart
Case Number: 17C 3048
Judge: Edmond E. Chang

**FILED**
JUL 05 2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Dear Clerk,

I am writing this letter to you respectfully requesting your assistance.

1. I have received mail from your office and I am confused because on one document it was labled document #6, and the following letter I received from your office it was labled as document #9. I never received a document #7 or #8 and I'm not aware of what 7 and 8 is. So could you please mail me those documents so I will be up to speed.

2. Also, would you please send me a copy of my complaint, including the exibits and mothers obituary, Cook County Department of Corrections Veterans Program Verification letter, <u>Cook County Department of Corrections Veterans letter of agreement.</u> (Front and Back)

3. Also, I received a letter stating that I will have a telephone conference with Defense Counsel. Could you please explain what that conference will be about.

4. I have yet to receive any documents stating that the defendant has been served by the U.S. Marshals office nor have I received anything to inform me of the defendants attorney's name and address. I need this information so I can proceed with filing motions and such.

I am ending this letter thanking you in advance for your time, understanding and assistance. If payments are required of me for copies of the information I'm requesting please send me the price and I will have the amount deducted from my account and a check will be mailed to your office.

Thank you,

Johnny Figueroa    R15751
100 Hillcrest RD
East Moline, Il 61244

Johnny Figueroa # R15751  
East Moline Correctional Center  
100 Hillcrest Rd  
East Moline, IL 61244



INMATE MAIL  
FROM IL DEPT. OF  
CORRECTIONS

Prisoner Correspondence  
Clerk's Office  
U.S. District Court  
219 South Dearborn St, 20th floor  
Chicago, IL 60604




07/05/2017-53